IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMON DEMETRIUS JACKSON,

   Petitioner,

   v.

DON BLAKELY WARDEN,

   Respondent.

CIVIL ACTION FILE
NO. 1:17-CV-4911-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action as a successive Petition filed without obtaining the permission of the Court of Appeals. Treating the Petitioner's Motion for Reconsideration [Doc. 5] as Objections to the Report and Recommendation, they do not address the basis for the recommendation to dismiss this action under 28 U. S. C. § 2244(b)(3)(A). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Motion for Reconsideration [Doc. 5] is DENIED. The Motion to Request Release Pending Appeal and Motion under Rule 60(b) [Doc. 6] is totally without merit and is DENIED. The Motion for Certificate of Appealability

[Doc. 8 & 17] is DENIED. The appeal is frivolous. The Motion to Proceed in Forma Pauperis [Doc. 11 & 18] is DENIED for the same reason. The Rule 60(b) Motion for Relief [Doc. 13] is DENIED. The Motion for Reconsideration [Doc. 15] is DENIED.

SO ORDERED, this 29 day of January, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge